## Frances Hoffman, Plaintiff-Appellee, v. City of Aurora, Defendant-Appellant.

### Gen. No. 10,873. (Abstract of Decision.)

Second District.

October 28, 1955.

Released for publication November 16, 1955.

Harold L. Beamish, for appellant; Petersen & Goldsmith, for appellee; John S. Petersen, and Zalmon Goldsmith, of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.